**Order entered September 11 , 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01156-CV
No. 05-13-01157-CV

**IN RE JOHN CLOUD, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603, F93-61604**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the cost of this original proceeding.


/s/    KERRY P. FITZGERALD
        JUSTICE